**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000518
20-APR-2017
08:12 AM**

NO. CAAP-16-0000518

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

S.P. No. 97-004K
H. Isabelle McGarry Trust of March 19, 1971,
Judgment-Creditor/Appellee v. Robert Hofelich and Ann Marie
Hofelich, Judgment-Debtors/Appellees and Jeff Bowden, Bonnie
Bowden and South Pacific Scuba Tours, Inc., Intervenors-Appellees
and Howard Hofelich, Applicant-for-Intervention/Appellant

Jeff Bowden and Bonnie Bowden, Intervenors-Third-Party
Plaintiffs/Appellees v. H. Isabelle McGarry Trust of March 19,
1971, Intervention-Third-Party-Defendant/Appellee

S.P. No. 00-01-0014K
H. Isabelle McGarry Trust of March 19, 1971, Judgment-
Creditor/Appellee v. Robert Hofelich and Ann Marie Hofelich,
Judgment-Debtors/Appellees

S.P. No. 00-01-0016K
H. Isabelle McGarry Trust of March 19, 1971, Judgment-
Creditor/Appellee v. Robert Hofelich and Ann Marie Hofelich
Judgment-Debtors/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT

ORDER DENYING MOTION FOR RECONSIDERATION
AND DISMISSING "CLAIM" AS MOOT
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of pro se Applicant-for-
Intervention/Appellant Howard Hofelich's (1) Motion for

Reconsideration and (2) "Claim," both filed on April 18, 2017, the record and files herein,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied and the "Claim" is dismissed as moot.

DATED:  Honolulu, Hawai'i, April 20, 2017.

On the motion:

Howard Hofelich, Applicant-
for-Intervention/Appellant,
*pro se.*

Chief Judge

Associate Judge

Associate Judge